# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IMMER RIOS, *et al*., | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 8:20-cv-00939-PX |
| POTOMAC RESTAURANT GROUP, INC., *et al.,* | * | |
| Defendants | * | |
| | *** | |

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 13th day of October, 2020, by the United States District Court for the District of Maryland, ORDERED that:

1. The parties' Motion to Approve Settlement (ECF No. 22) is GRANTED;

2. The Settlement Agreement and Release (ECF No. 22-2) is APPROVED;

3. Defendants' Motions to Dismiss (ECF Nos. 5, 6 & 14) are DENIED AS MOOT;

4. At the request of the parties, Plaintiffs Immer Rios, Jorge Rios, and Jilberto Rios' Amended Complaint (ECF No. 8) is DISMISSED WITH PREJUDICE; and

5. The Clerk SHALL CLOSE this case and TRANSMIT copies of this Order to the parties.


October 13, 2020_____          __/S/_____
Date                                      Paula Xinis
                                          United States District Judge